UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JESUS M. ROMERO,                                :



                                              Plaintiff,
                                                   :        PRETRIAL ORDER
      -v.-

                                                       :        09 Civ. 6609 (GWG)

MANHATTAN COLLEGE & LOCAL 1           :
SECURITY GUARDS UNION
              Defendants.                        :
-------------------------------------------------------------x

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

       The following scheduling order is adopted by the Court pursuant to Rule 16 of the

Federal Rules of Civil Procedure:

1.     Each side shall make the disclosures required by Rule 26(a)(1)(A) of the Federal Rules of Civil Procedure on or before <u>November 23, 2009</u>. The disclosures must be in writing and must be sent to the other side by that date.

2.     All requests for documents and interrogatories pursuant to Local Civil Rule 33.3(a) shall be served by December 7, 2009.

3.     All discovery shall be completed by January 29, 2010.

4.     Any letter requesting permission to file a dispositive pretrial motion shall be sent to the Court by January 29, 2010.

5.     If no party states its intention to file a dispositive pre-trial motion, plaintiff will supply pretrial order materials to defendants in accordance with this Court's Individual Practices on or before February 16, 2010. The pre-trial order shall be filed within 15 days thereafter. If, however, a dispositive motion is served on or before the date in the previous paragraph, the due date of the plaintiff's portion of the pretrial order materials shall be extended to 30 days following decision on the dispositive motion and the pretrial order shall be filed within 15 days thereafter.

6.     All discovery (including requests for admission and any applications to the Court with respect to the conduct of discovery) must be initiated in time to be concluded by the deadline for all discovery. Any application for an extension of the time limitations herein must be made as soon as the cause for the extension becomes known to the party making

the application. The application also must state the position of all other parties on the proposed extension and must show good cause therefor not foreseeable as of the date of this Order. 'Good cause' as used in this paragraph does not include circumstances within the control of counsel or the party. Any application not in compliance with this paragraph will be denied. Failure to comply with the terms of this Order may also result in sanctions.

7.  All applications to the Court must comply with this Court's Individual Practices, which are available through the Clerk's Office or at: http://www1.nysd.uscourts.gov/judge_info.php?id=67 . Discovery applications -- that is, any application or motion pursuant to Rules 26 through 37 or 45 -- not only must comply with ¶ 2.A. of the Court's Individual Practices but also must be made promptly after the cause for such an application arises. In addition, absent extraordinary circumstances no such application will be considered if made later than 30 days prior to the close of discovery. Untimely applications will be denied.

SO ORDERED.

Dated: New York, New York
       November 9, 2009

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

Copies sent to:

Jesus M. Romero
P.O. Box 211243
Woodhaven, NY 11421

Jeffrey A. Kehl
Kehl, Katzive & Simon LLP
317 Madison Avenue, 21st Floor
New York, NY 10017-5208

Andrew S. Hoffman,
Wiseman & Hoffman
450 Seventh Avenue, Suite 1400
New York, NY 10123